IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHAUN BRAME, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14-cv-410-MJR-SCW |
| | ) |
| MARK HODGE, MARK STORM, DAVID VAUGHN, TONY KITTLE, RYAN SCHOON, SARAH JOHNSON, T. KEEN, and JOHN COE, | ) ) ) ) |
|     Defendants.[1] | |

### REPORT AND RECOMMENDATION

**WILLIAMS, Magistrate Judge:**

This case is before the Court on a Motion for Summary Judgment filed by Defendant John Coe (Docs. 51 and 52). Plaintiff filed a response (Doc. 61). The matter was referred to United States Magistrate Judge Stephen C. Williams by United States District Judge Michael J. Reagan pursuant to 28 U.S.C. §§ 636(b)(1)(B) and (c), Federal Rule of Civil Procedure 72(b), and Local Rule 72.1(a). On June 26, 2015, the Court held a hearing on Defendant's motion. At the hearing, Plaintiff moved to dismiss Defendant Coe *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(2). Defendant Coe had no objection to the motion. Accordingly, it is **RECOMMENDED** that the District Court **DISMISS with prejudice** Plaintiff's claims against Defendant Coe and **DENY AS MOOT** Defendant's motions for summary judgment (Docs. 51 and 52). The claims against the other defendants remain pending.

Pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 73.1(b), the parties may object to any or all of

---

[1] Defendants Storm, Vaughn, Kittle, Schoop, and Coe have set forth their proper names as Mark Storm, David Vaughn, Tony Kittle, Ryan Schoon, and John Coe. The Clerk is directed to update the docket accordingly.

the proposed dispositive findings in this Recommendation.  The failure to file a timely objection may result in the waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals.  *See, e.g., Snyder v. Nolen*, **380 F.3d 279, 284 (7th Cir. 2004).**  Accordingly, Objections to this Report and Recommendation must be filed on or before **July 13, 2015.**

    **IT IS SO ORDERED**.
    DATED: June 26, 2015.

    */s/ Stephen C. Williams*
    STEPHEN C. WILLIAMS
    United States Magistrate Judge